Thomas COLLINS,
Employee/Respondent,

v.

MISSOURI RECYCLING COMPANY,
Employer/Appellant.

No. 61589.

Missouri Court of Appeals,
Eastern District,
Division One.

Aug. 18, 1992.

Gary T. Soule, Carl J. Lumley, Curtis, Oetting, Heinz, Garrett & Soule, P.C., Clayton, for employer/appellant.

Harry J. Nichols, St. Louis, for employee/respondent.

ORDER

PER CURIAM.

Appellant appeals from an award to claimant by the Labor and Industrial Relations Commission. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).

Esther S. LAUER,
Plaintiff/Appellant/Cross–Respondent,

v.

Norbert F. LAUER,
Defendant/Respondent/Cross–Appellant.

Nos. 60013, 60044.

Missouri Court of Appeals,
Eastern District,
Division Three.

Aug. 18, 1992.

William James O'Herin, Florissant, for appellant.

Mark Kruger, Randall B. Kahn, St. Louis, for respondent.

ORDER

PER CURIAM:

Both Esther S. Lauer and Norbert F. Lauer, Jr., appeal from a decree which dissolved their marriage. The decree is supported by substantial evidence, is not against the weight of the evidence and neither erroneously declares or applies the law. A written opinion would have no precedential value. The trial court's decree is, therefore, affirmed. Rule 84.16(b). We have provided the parties with a memorandum, solely for their own use, explaining the reasons for our decision.